UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| SUSAN VIRGINIA PARKER, et al. ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No: 5:14-cv-00035 |
| ) | |
| HENRY & WILLIAM EVANS HOME ) | |
| FOR CHILDREN, INC., et. al. ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO SUBSTITUTE PARTY

COMES NOW, Plaintiff Justis Funkhouser (hereinafter, "Plaintiff"), by counsel and respectfully requests that he be substituted as a party for "J.F. By his parent and next Friend, Susan Parker", as he has now achieved the age of eighteen (18) years and is no longer a minor child.

Respectfully Submitted,

"J"
By Counsel

_____/S/_____
Daniel A. Harvill, Esq. (VSB # 47756)
DANIEL A. HARVILL, PLLC
9403 Grant Avenue, Suite 202
Manassas, VA 20110
Phone:        703-485-3111
Fax:            571-287-6795
E-Mail: danielaharvillpllc@gmail.com
*Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on October 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Kevin V. Logan, Esquire

1

Kenneth F. Hardt, Esquire
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3861 (Hardt)
(804) 893-3864 (Jones)
(804) 378-2610 (facsimile)
Counsel for Defendants Henry & William Evans Home for Children, Inc., Laura Regan, Mike Powers, Winona Powers, Brent Rudolph, and Missy Rudolph

_____/S/_____
Daniel A. Harvill, Esq. (VSB # 47756)
DANIEL A. HARVILL, PLLC
9403 Grant Avenue, Suite 202
Manassas, VA 20110
Phone:      703-485-3111
Fax:         571-287-6795
E-Mail: danielaharvillpllc@gmail.com
*Counsel for Plaintiffs*

Respectfully Submitted,

"J"
By Counsel

_____/S/_____
Daniel A. Harvill, Esq. (VSB # 47756)
DANIEL A. HARVILL, PLLC
9403 Grant Avenue, Suite 202
Manassas, VA 20110
Phone:      703-485-3111
Fax:         571-287-6795
E-Mail: danielaharvillpllc@gmail.com
*Counsel for Plaintiff*